**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 4 WAL 2017
: 
Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
v.   :
:
:
ROBERT FENNELL,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.